UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re: Sun Hee Lee

Case No.: 19-15690 JKS
Chapter: 7
Judge: John K. Sherwood

**NOTICE OF PROPOSED ABANDONMENT**

Jeffrey A. Lester, Trustee in this case proposes to abandon property of the estate described below as being of inconsequential value. If you object to the abandonment, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party named below not later than 7 days before the hearing date.

Address of the Clerk: Clerk of the Bankruptcy Court
50 Walnut Street, 3rd Floor
Newark, NJ 07102

If an objection is filed, a hearing will be held before the Honorable John K. Sherwood on May 21, 2019 at 10:00 a.m. at the United States Bankruptcy Court, Courtroom no. 3D. (Hearing date must be at least 28 days from the date of this notice). If no objection is filed, the abandonment shall take effect on entry by the clerk of a Certification of No Objection.

Description and value of property: 579 Hillside Ave., Tenafly, NJ    Value about $650,000

Liens on property:
Mr. Cooper          Balance about $622,900
Bank of Hope        Balance about $200,000

Amount of equity claimed as exempt: Maximum allowed by statute

Objections must be served on, and requests for additional information directed to:

Name: Jeffrey A. Lester, Trustee
Address: 374 Main Street, Hackensack, NJ 07601
Telephone No.: 201-487-5544

*rev.8/1/15*

```
                        United States Bankruptcy Court
                              District of New Jersey
In re:                                                          Case No. 19-15690-JKS
Sun Hee Lee                                                     Chapter 7
         Debtor
```

## CERTIFICATE OF NOTICE

```
District/off: 0312-2          User: admin              Page 1 of 1         Date Rcvd: Apr 29, 2019
                              Form ID: pdf905          Total Noticed: 8


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 01, 2019.
db             +Sun Hee Lee,    79 Hillside Avenue,    Tenafly, NJ 07670-2113
518133333      +BANKASIANA,    7 Broad Avenue,    Palisades Park, NJ 07650-1886
518133332      +Bank of Hope,    3200 Wilshire Blvd,    Suite 1400,    Los Angeles, CA 90010-1325
518133334      +Chase Bank,    PO Box 15145,    Wilmington, DE 19850-5145
518133335      +KIM LAW GROUP PC,    216 Haddon Avenue,    Suite 406,    Collingswood, NJ 08108-2812
518133336      +Mr. Cooper,    8950 Cypress Waters Blvd,    Coppell, TX 75019-4620

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Apr 30 2019 00:27:40     U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Apr 30 2019 00:27:38     United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
                                                                                              TOTAL: 2

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 01, 2019                                           Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 26, 2019 at the address(es) listed below:
              Denise E. Carlon    on behalf of Creditor    HSBC Bank USA, National Association as Trustee for
               Merrill Lynch Mortgage Investors, Inc., Mortgage Pass-Through Certificates, MLMI Series 2006-A1
               dcarlon@kmllawgroup.com,    bkgroup@kmllawgroup.com
              Jeffrey Lester     jlester@bllaw.com, NJ19@ecfcbis.com
              Jeffrey Lester     on behalf of Trustee Jeffrey  Lester jlester@bllaw.com, NJ19@ecfcbis.com
              Kevin Gordon McDonald    on behalf of Creditor    HSBC Bank USA, National Association as Trustee
               for Merrill Lynch Mortgage Investors, Inc., Mortgage Pass-Through Certificates, MLMI Series
               2006-A1 kmcdonald@kmllawgroup.com,    bkgroup@kmllawgroup.com
              Peter H. Kim    on behalf of Debtor Sun Hee  Lee peterhkimlaw@yahoo.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                              TOTAL: 6
```